[No. 30337-3-III.   Division Three.   November 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN LOY PAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 11-1-00007-4, William D. Acey, J., entered October 13, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 64404-1-I.   Division One.   November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH TOMAS RUPE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02404-5, Cheryl B. Carey, J., entered October 26, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.

[No. 65071-8-I.   Division One.   November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GHE MAGI CHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03720-1, Theresa B. Doyle, J., entered March 15, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Dwyer and Lau, JJ.

[No. 65165-0-I.   Division One.   November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE LYLE ROCHESTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04235-3, Richard D. Eadie, J., entered April 13, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Lau, J.